**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Herbalife International of America, Inc., a Nevada Corporation,<br><br>                 Plaintiff,<br><br>          vs.<br><br>Jason McDowell, an individual,<br><br>               Defendant. | NO. CV 04-0576-PHX-PGR<br><br>**ORDER TO RELEASE/ EXONERATE BOND** |

     Based on the Motion and good cause appearing, it is ordered that the Bond previously posted by Herbalife International of America, Inc. in the amount of $500.00 is exonerated/released and the Clerk of the Court is directed to make a check for $500.00 plus accrued interest to Quarles & Brady Streich Lang LLP, and mail the check to:

Quarles & Brady Streich Lang LLP
Attn:  Edwin B. Wainscott, Esq.
Renaissance One
Two North Central Avenue
Phoenix, Arizona  85004-2391

     DATED this 1st day of December, 2005.

Paul G. Rosenblatt
United States District Judge